953 F.2d 1380
 Kennedy (Alexander, Althea), Creed (Herbert, Arlene)
v.
A. C. & S., Inc., a/k/a Acands, Inc. f/k/a Armstrong
Contracting and Supply Corporation, Amchem Products, Inc.,
Anchor Packing Co., Armstrong World Industries, Inc.,
Asbestos Corporation, Ltd., Atlas Turner, Ltd., f/k/a Atlas
Asbestos Company, Division of Bell Asbestos Mines, Ltd.,
Bell Asbestos Mines, Ltd., Celotex Corp.,
Successor-in-Interest to Philip Carey Manufacturing Co.,
Philip Carey Corp., Smith and Kanzer, Briggs
 NO. 91-3314
 United States Court of Appeals,
Third Circuit.
 Jan 15, 1992
 
 1
 Appeal From: D.Del.
 
 
 2
 APPEAL DISMISSED.